# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Capitol Indemnity Corporation ) ASBCA No. 61363
)
Under Contract No. W91151-14-C-0061 )

APPEARANCE FOR THE APPELLANT: Ian M. McLin, Esq.
O'Connor McLin, P.C.
San Antonio, TX

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Jason W. Allen, JA
MAJ Elinor J. Kim, JA
Trial Attorneys

## ORDER OF DISMISSAL

This appeal was taken from a purported contracting officer's final decision denying a claim under the captioned contract. The government moved to dismiss the appeal for lack of jurisdiction, contending that the named appellant lacks standing to pursue this appeal. The parties have subsequently jointly requested dismissal of this appeal without further litigation. Accordingly, this appeal is dismissed without prejudice.

Dated: 18 January 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61363, Appeal of Capitol Indemnity Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals